UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JENNIFER CAMPBELL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:07-0558 |
| PROMETHEUS LABORATORIES, INC., | ) JUDGE ECHOLS ) ) |
| Defendant. | ) ) |

## ORDER

For the reasons explained in the Memorandum entered contemporaneously herewith, the Court rules as follows:

(1) Defendant Prometheus Laboratories, Inc.'s Motion To Dismiss Plaintiff's Complaint (Docket Entry No. 22), is hereby GRANTED.

(2) Plaintiff's Motion For Leave To Amend Complaint (Docket Entry No. 33) is hereby DENIED as granting leave to amend the Complaint would be futile.

(3) This case is hereby DISMISSED WITH PREJUDICE.

(4) Entry of this Order on the docket shall constitute entry of final Judgment in accordance with Federal Rules of Civil Procedure 58 and 79(a).

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE