UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **JENNIFER CAMPBELL** | ) |
| | ) |
| v. | ) NO. 3:07-0558 |
| | ) JUDGE ECHOLS |
| **PROMETHEUS LABORATORIES, INC.** | ) |

**O R D E R**

Pending before the Court is Plaintiff's Motion for Leave to Amend (Docket Entry No. 29) her Motion for Judgment Notwithstanding the Verdict, or in the Alternative, for New Trial (Docket Entry No. 52) and accompanying Memorandum because they were filed with incorrect headings.

The Motion is hereby GRANTED. The Clerk is directed to strike Docket Entry Nos. 52 and 53. Plaintiff shall immediately file a Motion to Alter or Amend Judgment and Memorandum in Support with the correct heading.

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE