UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JENNIFER CAMPBELL | ) |
| | ) |
| v. | ) NO. 3:07-0558 |
| | ) JUDGE ECHOLS |
| PROMETHEUS LABORATORIES, INC. | ) |

O R D E R

Pending before the Court is Plaintiff's motion (Docket Entry No. 62) seeking leave to file a reply brief in support of her motion to alter or amend. The reply brief is attached to the motion.

The Motion is hereby GRANTED. The Clerk is directed to give Plaintiff's Reply a separate docket entry number

It is so ORDERED.

ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE